UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOREY GREEN,

          Plaintiff,

   v.

CITY OF VALLEJO, et al.,

          Defendants.

No. 2:15-cv-1941-GEB-KJN PS

ORDER

      This action was transferred to this district from the Northern District of California on September 11, 2015. (ECF No. 15.)[1] Defendants previously filed a motion to dismiss, which remains pending. (ECF No. 11.) Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition or statement of non-opposition to the motion to dismiss no later than October 15, 2015.
2. Defendants shall file any reply brief no later than October 29, 2015.
3. A hearing on the motion to dismiss is set for Thursday November 12, 2015, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

////

---

[1] This action proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

4. Plaintiff is cautioned that failure to file an opposition or statement of non-opposition to the motion to dismiss by the required deadline may result in the imposition of sanctions, including potential dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  September 15, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE